UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
UNITED STATES OF AMERICA,                :
:
-against-                                :         ORDER
:
:         24 Crim. 393 (GBD)
MANUEL DE JESUS ARREOLA OCHOA,           :
:
Defendant.                               :
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

An initial conference for this case is hereby scheduled for June 25, 2024 at 9:45 a.m.

Dated: June 21, 2024
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE